**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  12-cv-00974-REB-KMT

RACHEL L. LYSS,

     Plaintiff,

v.

SDI OF COLORAOD SPRINGS, CO (GARDEN OF THE GODS), LLC, an Oklahoma Limited Liability Company, (d/b/a Sonic Drive-In); and
SONIC CORP., a Delaware Corporation,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss** [#15] filed December 10, 2012. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation To Dismiss** [#15] filed December 10, 2012, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 10, 2012, at Denver, Colorado.

          **BY THE COURT**:

          *Bob Blackburn*
          Robert E. Blackburn
          United States District Judge